**DENIED and Opinion Filed December 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01198-CV**

**IN RE CHI YEN TRAN, Relator**

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55653-2018**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Garcia

In her November 28, 2023 petition for writ of mandamus, relator contends that the trial court's July 7, 2023 Agreed Final Judgment is void and should be vacated.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also strike relator's petition and attached appendix because it contains unredacted sensitive data in violation of rule 9.9. *See* TEX. R. APP. P. 9.9.

/Dennise Garcia/

DENNISE GARCIA

231198F.P05                                      JUSTICE